Kelvin A. CANADA, Plaintiff-Appellant,

v.

Natasha GREGG, MSA Dietitian for Virginia Dept. of Corrections; P. Scarberry, Head Food Director at Red Onion State Prison; S. Stallard, Head Food Director at Wallens Ridge State Prison; Harold Clarke, Director of VA. Dept. of Corrections, Defendants-Appellees.

No. 17-7249

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

Kelvin A. Canada, Appellant Pro Se. Nancy Hull Davidson, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin A. Canada appeals the district court's order granting summary judgment and dismissing his complaint seeking relief pursuant to 42 U.S.C. § 1983 (2012) and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc to 2000cc–5 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Canada v. Gregg*, No. 7:16-cv-00266-JPJ-RSB, 2017 WL 4019445 (W.D. Va. Sept. 12, 2017). We deny Canada's request for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*